**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-6213**

———————————

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

ALEXANDER EDWARD BELL,

　　　　　Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:14-cr-00008-HEH-1)

———————————

Submitted:  October 30, 2025　　　　　　　　　Decided:  November 4, 2025

———————————

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alexander Edward Bell, Appellant Pro Se. Daniel J. Honold, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Edward Bell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. Having reviewed the record, we discern no abuse of discretion in the district court's determination that the 18 U.S.C. § 3553(a) factors weighed against a sentence reduction. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (explaining standard of review). Accordingly, we affirm the district court's order. *United States v. Bell*, No. 3:14-cr-00008-HEH-1 (E.D. Va. Feb. 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2